**VIII.   Order.**

For the foregoing reasons, **IT IS ORDERED** that the plaintiff's motion (doc. 52) for judgment on the administrative record is **DENIED.   IT IS FURTHER ORDERED** that the School District's motion (doc. 49) for judgment on the administrative record and for summary judgment is **GRANTED.**   The Clerk of Court is directed to enter judgment in favor of the defendant.

<u>*S/Susan E. Schwab*</u>
Susan E. Schwab
United States Magistrate Judge
